# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 2, 2014

### NO. 03-14-00184-CV

**Heather A. Stier, Appellant**

**v.**

**Gary Richard Stier, Appellee**

**APPEAL FROM THE 274TH DISTRICT COURT OF HAYS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN
DISMISSED FOR WANT OF PROSECUTION --
OPINION BY CHIEF JUSTICE JONES**

This is an appeal from the judgment and order signed by the trial court on January 28, 2014 and January 29, 2014 respectively. Having reviewed the record, the Court holds that Heather A. Stier has not prosecuted her appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.